Giacomo Gallina
Reg. No. 19936-050
BSCC Air-park Unit C-12
3700 Wright Ave.
Big Spring, Texas 79720

RECEIVED
SEP 02 2011
AT ~~8:30~~ 10:41 AM
WILLIAM T. WALSH, CLERK

Clerk of Court
United States District Court
Martin Luther King Jr. Federal
Bldg. 50 Walnut St., Room 4015
P.O. Box 419
Newark, NJ 07101

Re: GIACOMO GALLINA, V. U.S. DEPARTMENT OF JUSTICE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW)( USDC CASE No. 2:97-CR-0203-01)

Dear Clerk's:

Enclosed please find an original Motion for Judicial Declaration of Nationality, with Exhibits A, through C, attached to this application.

Thank you for your attention on this most important matter to me.

Date 30.8, 2011.

Respectfully Submitted

Giacomo Gallina
Giacomo Gallina

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

TO: THE HON. ALFRED J. LECHNER, JR., U.S.D.J.

MOTION FOR JUDICIAL DECLARATION OF NATIONALITY
PURSUANT TO 8 U.S.C.§1503(a), 28 U.S.C.§ 2201, 8 U.S.C.S.§1105a

GIACOMO GALLINA, V. U.S. DEPARTMENT OF JUSTICE EXECUTIVE
OFFICE FOR IMMIGRATION REVIEW
USDC Case No. 2:97-CR-0203-01

COMES NOW, the petitioner, Giacomo Gallina, pro-se respectfully submits this, his Motion for intervention against Department of Justice Executive Office for Immigration Review, and alleges:

Petitioner asserts that he is a United States national and accordingly is not subject to immigration laws, including removal proceedings.

## JURISDICTION

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, where it states:

> "This Court shall have original jurisdiction of all civil action arising under the constitution, law, or treaties of the United States pursuant to § 1331)."

## FACTUAL AND PROCEDURAL HISTORY

Petitioner was born in Italy, and came to the U.S. lawfully in 1986, to live with his wife.

Petitioner applied for citizenship in 1995, and was scheduled to be sworn in on August 18, 1997, which he never completed because he was incarcerated on the above number case.

## ARGUMENT

1. 8 U.S.C.S. § 1503(a) provides that if any person claims a right or privilege as a national and is denied such right upon the ground that he is not a national, such person may institute an action declaring him to be a national. See United States v. Morin, 80 F.3d 124 (4th Cir. 1996), in Morin it said: "Citizenship, however, is not the sine qua non of "nationality." A "national of the United States" may also be "a person who, though not a citizen of the United States, owes permanent allegiance to the United States." 8 U.S.C. § 1101(a)(22). The court found that because Dr. Soto was permanent resident alien of the United States who had applied for United States citizenship, he was indeed "a national of the United States." The court agree an application for citizenship is the most compelling evidence of permanent allegiance to the United States short of citizenship itself. Id. 80 F.3d at 126.

Petitioner makes the claim that he has applied for citizenship of the United States, see EXHIBIT "A", attached to this application, and he cannot be deported because he is not an alien, but a "national of the United States." See 8 U.S.C. § 1101 (a)(3) ("The term 'alien' means any person not a citizen or

national of the United States.") The INA defines a national as "(A) a citizen of the United States, (B) a person who, though not a citizen of the Untied States, owes permanent allegiance to the United States." 8 U.S.C. § 1101(a)(22). Petitioner argues that as a "national," not an "alien," he should not be subject to deportation under INA § 237(a)(2)(A)(iii), which mandates the deportation of "any alien who is convicted of an aggravated felony." 8 U.S.C. § 1227(a)(2)(A)(iii).

The term "national" came into general use when the United States acquired territories its continental limits and accorded inhabitants with a status that was not equivalent to citizenship but that nonetheless conferred certain rights and responsibilities as nationals of the United States. Such nationals were deemed to owe allegiance to the United States. See Oliver v. United States Dept. of Justice, 517 F.2d 426, 428, n. 3(2d Cir. 1975).

Various courts have considered the mordern application of the term "national," without agreeing on the precise qualifications for according that status. Long term residency and a personal claim or belief that one "owes allegiance" are clearly insufficient standing alone. See Oliver, 517 F.2d at 427 ("[T]he concept of owing allegiance" for purposes of nationality is not so easily satisfied or indeed understood; see also United States v. Sotelo, 109 F.3d 1446, 1448 (9th Cir. 1997)(Alien's subjective belief that he owed allegiance to the United States was Insufficient to establish that he was a national.); Sierra-Reyes v. INS 585 F.2d 726, 764 (5th Cir. 1978) (Alien's claim to citizenship

based on long residency in the United States and lack of allegiance to any other country were insufficient to confer status of national where individual had never filed a petition for naturalization); Shittu v. Elwood, No. 02 Civ. 0682, 2002 WL992036, at (E.D.Pa. May 14, 2002) ("[L]ong-term residency alone does not suffice to confer the status of "national." There must be some objective demonstration of permanent allegiance."); Correon-Hernandez v. Levi, 409 F. Supp. 1208, 1210 (D.Minn.) (finding petitioner deportable where he had lived and worked in the United States for over 20 years and was married to a U.S. citizen and the parent of a U.S. citizen child, but had never gone through the naturalization process). At a minimum, it appears that to qualify as a national, an individual must have demonstrated his or her allegiance by applying for citizenship. Hughes v. Ashcraft, 255 F.3d at 756; see also Oliver, 517 F.2d at 428 (finding that the petitioner did not qualify as a national because she continued to owe allegiance to Canada and had not chosen to chosen to renounce that allegiance by naturalizing); United States v. Morin, 80 F.3d 124, 126 (4th Cir. 1996).

2. Petitioner contends that his P.S.R. in-correctly listed him as an alien, and he has been deprived of due process by preventing his consideration for placement within favorable programming within the BOP due to his Alien status.

A federal court has subject matter jurisdiction under § 2241 (c)(3), if two requirements are satisfied: (1) The petitioner is in custody, and (2) the custody is in violation of the Constitution or laws or treaties of the United States 28 U.S.C.2241 (c)(3).

Aliens in the United States, no matter their immigration status, are entitled to due process. See Zadvydas v. Davis, 533 U.S. 678, 698, 121 S.Ct. 2491, 150 L.Ed.2d 653(2001).

8 U.S.C.S. §1105a provides that, where an alien seeks judicial review of an order of deportation he may invoke the jurisdiction of the circuit court for the judicial circuit in which the administrative proceedings were conducted, or the circuit where in the petitioner resides. Subparagraph 5 provides that in the event the petitioner claims to be a national of the United States, and makes a showing that his claim is not frivolous, the case, where an issue of material facts is presented, shall be transferred to the United States District Court for a hearing de novo on the nationality claim. Section 1105(a) provides that the jurisdiction of the circuit court shall be exclusive but for the remedy of habeas corpus, when review of a deportation order is sought, and further, that such relief must be applied to determine the nationality the nationality claim of the petitioner.

Every sovereign nation has the power, as inherent in sovereignty, and essential to self-preservation, to forbid the

entrance of foreigners within its dominions, or to admit them only in such cases and upon such conditions as it may see fit to prescribe. The to legislate in this area, including the power to deport aliens, derives from the constitutional power of congress to regulate foreign commerce.

The power to expel aliens, being essentially a power of the political branches of government, the legislative and executive, may be exercised entirely through executive offices with such opportunity for judicial review of their action as congress may see fit to authorize or permit.

Deportation is not a criminal proceeding and has never been held to be punishment. No judicial review is guaranteed by the constitution. This jurisdiction in the executive and legislative to order deportation only exists if the person is an alien, and if the person claims to be a citizen or national of the United States the Fifth Amendment guarantees protection against the danger of such deportation. In such a case, the writ of habeas corpus is available to determine petitioner's status. The only constitutional requirement for the protection of those under of deportation is that they have the right to habeas corpus. 8 U.S.C.S. § 1105(a), specifically deprives an alien who seeks review of an order of deportation of all right to proceed under § 1503, and requires that application be made to the circuit court if judicial determination of nationality is desired.

In the instant case Petitioner makes the claim that he is a national of the United States. See EXHIBIT "A", attach to this application. Petitioner has been order to be re-move from the United States, see EXHIBIT "B", attached to this application. Immigration and Naturalization Service, Administratively closed petitioner's process for citizenship because Petitioner failed to a appear twice. See EXHIBIT " C ", attached to this application.

WHEREFORE, Petitioner prays for an Order determining his status, as United States National, and further relief as this Court may deem just and proper.

"Affiant Further Sayeth Naught."

Dated this 30, day of August, 2011.

I, HEREBY CERTIFY that the above stated matter are true and correct to the best of my information, knowledge and belief pursuant to §1746.

Respectfully Submitted

Giacomo Gallina

Giacomo Gallina, pro-se, Applicant,
Reg. No. 19936-050
BSCC Air-park Unit C-12, 3700 Wright Ave.
Big Spring, Texas
79720

EXHIBIT "A"

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0009
Application for Naturalization

**START HERE - Please Type or Print**

**FOR INS USE ONLY**

Returned | Receipt

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

96 OCT -8 AM 9:10
U.S. IMM & NATZ SERVICE
NEWARK, NJ 07102

**At interview**
☐ request naturalization ceremony at court

**Remarks**

**Action**

## Part 1. Information about you.

| | | |
|---|---|---|
| Family Name: GALLINA | Given Name: GIACOMO | Middle Initial: none |

U.S. Mailing Address - Care of

| | |
|---|---|
| Street Number and Name: 148 B BIRCHFIELD CT | Apt. # 148 B |
| City: MT. LAUREL | County: BURLINGTON |
| State: N. J. | ZIP Code: 08054 |
| Date of Birth (month/day/year): 12-31-64 | Country of Birth: ITALIA |
| Social Security #: 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 | A #: 040418155 |

## Part 2. Basis for Eligibility (check one).

a. ☒ I have been a permanent resident for at least five (5) years
b. ☐ I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.
c. ☐ I am a permanent resident child of United States citizen parent(s)
d. ☐ I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed Forms N-426 and G-325B
e. ☐ Other. (Please specify section of law)

## Part 3. Additional information about you.

| | |
|---|---|
| Date you became a permanent resident (month/day/year): 02-02 1988 | Port admitted with an immigrant visa or INS Office where granted adjustment of status: NAPOLI ITALIA |

Citizenship: ITALIANA

Name on alien registration card (if different than in Part 1): SAME

Other names used since you became a permanent resident (including maiden name): NONE

| | | |
|---|---|---|
| Sex: ☒ Male ☐ Female | Height: 5.5 | Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed |

Can you speak, read and write English? ☐ No ☒ Yes.

**Absences from the U.S.:**

Have you been absent from the U.S. since becoming a permanent resident? ☒ No ☐ Yes.

If you answered "Yes", complete the following. Begin with your most recent absence. If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |

**To Be Completed by Attorney or Representative, if any**
☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

10/28/96PER CK 95.00

2

Form N-400 (Rev. 07/17/91)N

*Continued on back.*

0148 003 4

3

## Part 4. Information about your residences and employment.

A. List your addresses during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper.

| Street Number and Name, City, State, Country, and Zip Code | Dates (month/day/year) From | To |
|---|---|---|
| 148 B BIRCHFIELD CT MT. LAUREL NJ 08054 | 12 20 1987 | 03-05-96 |
| SAME | | TODAY |

B. List your employers during the last five (5) years. List your present or most recent employer first. If none, write "None". If you need more space, continue on separate paper.

| Employer's Name | Employer's Address (Street Name and Number - City, State and ZIP Code) | Dates Employed (month/day/year) From | To | Occupation/position |
|---|---|---|---|---|
| BALSAMO'S | 3815 church RD MT. LAUREL NJ. 08054 | 08-20 1989 | 12-31-1995 | PIZZA MEN |
| STEFANO'S | 3815 church RD MT. LAUREL NJ. 08054 | 12.31.95 | NOW | OWNER |

## Part 5. Information about your marital history.

A. Total number of times you have been married 1. If you are now married, complete the following regarding your husband or wife.

| | | | |
|---|---|---|---|
| Family name GALLINA | Given name PAOLA | | Middle initial NONE. |
| Address 148 B BIRCHFIELD CT. MT. LAUREL NJ. 08054 | | | |
| Date of birth (month/day/year) 07-13-67 | Country of birth ITALIA | | Citizenship ITALIANA |
| Social Security# 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 | A# (if applicable) A-40226794 | | Immigration status (If not a U.S. citizen) RESIDENT |
| Naturalization (If applicable) (month/day/year) | Place (City, State) | | |

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper: Name of prior spouse, date of marriage, date marriage ended, how marriage ended and immigration status of prior spouse.

## Part 6. Information about your children.

B. Total Number of Children 3. Complete the following information for each of your children. If the child lives with you, state "with me" in the address column; otherwise give city/state/country of child's current residence. If deceased, write "deceased" in the address column. If you need more space, continue on separate paper.

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
|---|---|---|---|---|---|
| STEVEN. NICK G. | 10.20.86 | U.S.A | AMERICAN | | With ME |
| MARIA ANTONELLA G. | 08.19.93 | U.S.A. | AMERICAN | | With ME |
| ADRIANA NINFA G. | 03.16.95 | U.S.A. | AMERICAN | | With ME |
| | | | | | |

3

Continued on next page

*Continued on back*

## Part 7. Additional eligibility factors.

Please answer each of the following questions. If your answer is "Yes", explain on a separate paper.

1. Are you now, or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the Communist Party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism? ☐ Yes ☑ No
2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:
   a. The Nazi Government of Germany? ☐ Yes ☑ No
   b. Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany? ☐ Yes ☑ No
3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion? ☐ Yes ☑ No
4. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☑ No
5. Have you ever failed to comply with Selective Service laws? ☐ Yes ☑ No

   If you have registered under the Selective Service laws, complete the following information:

   Selective Service Number: ______________ Date Registered: ______________

   If you registered before 1978, also provide the following:

   Local Board Number: ______________ Classification: ______________
6. Did you ever apply for exemption from military service because of alienage, conscientious objections or other reasons? ☐ Yes ☑ No
7. Have you ever deserted from the military, air or naval forces of the United States? ☐ Yes ☑ No
8. Since becoming a permanent resident , have you ever failed to file a federal income tax return ? ☐ Yes ☑ No
9. Since becoming a permanent resident , have you filed a federal income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident? ☐ Yes ☑ No
10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation? ☐ Yes ☑ No
11. Have you ever claimed in writing, or in any way, to be a United States citizen? ☐ Yes ☑ No
12. Have you ever:
    a. been a habitual drunkard? ☐ Yes ☑ No
    b. advocated or practiced polygamy? ☐ Yes ☑ No
    c. been a prostitute or procured anyone for prostitution? ☐ Yes ☑ No
    d. knowingly and for gain helped any alien to enter the U.S. illegally? ☐ Yes ☑ No
    e. been an illicit trafficker in narcotic drugs or marijuana? ☐ Yes ☑ No
    f. received income from illegal gambling? ☐ Yes ☑ No
    g. given false testimony for the purpose of obtaining any immigration benefit? ☐ Yes ☑ No
13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution? ☐ Yes ☑ No
14. Were you born with, or have you acquired in same way, any title or order of nobility in any foreign State? ☐ Yes ☑ No
15. Have you ever:
    a. knowingly committed any crime for which you have not been arrested? ☐ Yes ☑ No
    b. been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance excluding traffic regulations? ☑ Yes ☐ No

( If you answer yes to 15 , in your explanation give the following information for each incident or occurrence the **city, state**, and **country**, where the offense took place, the **date** and **nature** of the offense, and the **outcome** or **disposition** of the case).

## Part 8. Allegiance to the U.S.

If your answer to any of the following questions is **"NO"**, attach a full explanation:

1. Do you believe in the Constitution and form of government of the U.S.? ☑ Yes ☐ No
2. Are you willing to take the full Oath of Allegiance to the U.S.? (see instructions) ☑ Yes ☐ No
3. If the law requires it, are you willing to bear arms on behalf of the U.S.? ☑ Yes ☐ No
4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.? ☑ Yes ☐ No
5. If the law requires it, are you willing to perform work of national importance under civilian direction? ☑ Yes ☐ No

5

**"Have you ever registered for or voted in an election in the United States?" Yes ☐ No ☐**

*Continued on back*

## Part 9. Memberships and organizations.

List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place. Include any military service in this part. If none, write "none". Include the name of organization, location, dates of membership and the nature of the organization. If additional space is needed, use separate paper.

none

## Part 10. Complete only if you checked block " C " in Part 2.

How many of your parents are U.S. citizens? ☐ One ☐ Both (Give the following about one U.S. citizen parent:)

Family Name | Given Name | Middle Name

Address

Basis for citizenship:
☐ Birth
☐ Naturalization Cert. No.

Relationship to you (check one): ☐ natural parent ☐ adoptive parent ☐ parent of child legitimated after birth

If adopted or legitimated after birth, give date of adoption or, legitimation: (month/day/year) ____________

Does this parent have legal custody of you? ☐ Yes ☐ No

*(Attach a copy of relating evidence to establish that you are the child of this U.S. citizen and evidence of this parent's citizenship.)*

## Part 11. Signature. *(Read the information on penalties in the instructions before completing this section).*

I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

Signature [signature] Date 10.02.96

**Please Note:** *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.*

## Part 12. Signature of person preparing form if other than above. *(Sign below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

Signature | Print Your Name | Date

Firm Name and Address

### DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

I swear that I know the contents of this application, and supplemental pages 1 through ______, that the corrections , numbered 1 through ______, were made at my request, and that this amended application, is true to the best of my knowledge and belief.

Subscribed and sworn to before me by the applicant.

*(Examiner's Signature )* Date

*(Complete and true signature of applicant)*

# CERTIFICATE PREPARATION SHEET
# and
# OATH DECLARATION

U.S.I.N.S.
FEE RECIEPT
A CENTURY OF SERVICE

A#__________

Daytime Phone#__________

NAME(changing to):________________________________
FIRST MIDDLE LAS

DOB:__________ M/D/Y SEX:__________

Height: ___ FT. ___ IN. Marital Status:__________

Country of Former Nationality:____________________

Name Change - Y or N (circle) (If yes, see attached name change form)

| | | |
|---|---|---|
| 10/28/96 | | NEWARK |
| CALLINA,G # | | |
| 40418155*N | | |
| N-400 | | N 95.00 |
| SUBTTL | | 95.00 |
| TTLAMT | | 95.00 |
| PER CK | | 95.00 |
| CHANGE | | 0.00 |
| | 1 #ITEMS | |
| 0148003 | 4 19:15 | |

## Oath of Allegiance

I HEREBY DECLARE, on oath, that I absolutely and entirely ......... and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the United States when required by the law; that I will perform noncombatant service in the Armed Forces of the United States when required by the law; that I will perform work of national importance under civilian direction when required by the law; and that I take this obligation freely without any mental reservation or purpose of evasion; SO HELP ME GOD.

In acknowledgment whereof I have hereunto affixed my signature.

________________________________________
Applicant's Signature (name change) Date

Rev. 5/23/97

1996850'

F/t

FLM

EXHIBIT "B"

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
1100 COMMERCE ST., ROOM 404
DALLAS, TX 75242

Case No.: A040-418-155

In the Matter of:
GALLINA, GIACOMO

IN REMOVAL PROCEEDINGS

RESPONDENT

ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the respondent is subject to removal on the charge(s) in the Notice to Appear.

Respondent has made no application for relief from removal.

It is HEREBY ORDERED that the respondent be removed from the United States to ITALY on the charge(s) contained in the Notice to Appear.

Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in INA section 237(a), who willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General shall be fined and/or imprisoned for up to ten years. Further, any alien who willfully fails or refuses to depart from the United States pursuant to a final removal order or present for removal at the time and place required by the Attorney General shall pay a civil penalty of not more than $500 to the Commissioner for each day the alien is in violation of this section.

D. ANTHONY ROGERS
Immigration Judge
Date: Oct 2, 2008

Appeal: NO APPEAL (/B)
FINAL ORDER

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M) PERSONAL SERVICE (P)
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [ ] Alien's ATT/REP [/] DHS
DATE: 10/2/08 BY: COURT STAFF
Attachments: [ / ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

Form EOIR 7 - 4T (REMOVAL Order)

7-13-20

IHP PART

6·d

EXHIBIT "C"

IMMIGRATION AND NATURALIZATION SERVICE
1886 GREENTREE STREET
CHERRY HILL, NJ 08003

Date: APR X 2 1998

A# 040 418 155

# APPLICANT WAS SCHEDULED TWICE, AND FAILED TO APPEAR.

# CASE IS THEREFORE ADMINISTRATIVELY CLOSED.



EXHIBIT "C"